IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SEAN P. GJERDE dba LAW
OFFICES OF SEAN P. GJERDE,

      Petitioner,                    No. 2:10-mc-00068 MCE KJN PS

    v.

UNITED STATES OF AMERICA,
et al.,                                 <u>ORDER TO SHOW CAUSE</u>

      Respondents.
_____/

        On June 24, 2010, petitioner filed a petition to quash two Internal Revenue Service Summons pursuant to 26 U.S.C. §§ 7609(b)(2) and 7609(h).[1] (Dkt. No. 1.) On June 29, 2010, this court issued an order setting forth a service and briefing schedule for that petition. (Dkt. No. 2.) Although petitioner filed proofs of service which appear to comply with this court's June 29 order, the time for respondents to file a responsive document has elapsed without any appearance by respondents. Respondents have not filed an opposition, statement of non-opposition or a motion for summary enforcement.

////

---

[1] This case was referred to the undersigned pursuant to Eastern District of California Local Rule 302(c)(10).

1

1     Accordingly, IT IS HEREBY ORDERED that:

2     1. Respondents the United States of America and the Internal Revenue Service are hereby ORDERED TO SHOW CAUSE, within twenty-one (21) days of the date of this order, why the instant petition to quash third-party summons should not be summarily granted. If no response is filed to this order to show cause, the court will consider the respondents' failure to appear as a statement of non-opposition to the granting of the petition.

    2. The Clerk of Court is directed to immediately serve a copy of this order upon the United States Attorneys' Office, 501 I Street, Suite 10-100, Sacramento, CA 95814 and Randall Zielke, Internal Revenue Service, 4330 Watt Avenue, Sacramento, CA 95821.

DATED: August 25, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE